HMK/mb CH 8007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREAT NORTHERN INSURANCE COMPANY,

                        Plaintiff,        08 CV 7595 (HB)(MHD)
                                                 ECF CASE
      -against-

M/V MOL EFFICIENCY/APL/ EGYPT/DUBAI        **RULE 7.1 STATEMENT**
EXPRESS, her engines, boilers, tackle, etc., EMBASSY
FREIGHT INTERNATIONAL LLC, SHIPCO
TRANSPORT, INC., AMERICAN PRESIDENT
LINES, LTD

                        Defendants
-----------------------------------------------------------------X

     PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   CHUBB CORP.

Dated: August 25, 2008

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                              BY:__/S/_____
                                                HAROLD M. KINGSLEY
                                                91 W. Cherry Street
                                                Hicksville, New York 11801
                                                (516) 931-0064